JANUARY 26, 1967.

No. 82. HODES ET AL. *v.* UNITED STATES. C. A. 2d Cir. (Certiorari granted, 384 U. S. 968.) Writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Samuel Kirshenbaum* for Hodes et al. and *Martin Schlesinger* for Mid-City Park View Apartments, Inc., petitioners. *Solicitor General Marshall* for the United States.

JANUARY 30, 1967.

No. 585. SUROWITZ *v.* HILTON HOTELS CORP. ET AL. C. A. 7th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Richard F. Watt* for petitioner.

FEBRUARY 13, 1967.

No. 574, OCTOBER TERM, 1963. WILLIAMSON ET AL., EXECUTORS *v.* PEURIFOY, JUDGE. C. A. 5th Cir. (Certiorari denied, 375 U. S. 967; 376 U. S. 960.) Motion to recall, vacate and amend the order of this Court dated January 6, 1964, denied.

No. 29, Original. TEXAS ET AL. *v.* COLORADO; and
No. 952. PROTECTIVE COMMITTEE FOR INDEPENDENT STOCKHOLDERS OF TMT TRAILER FERRY, INC. *v.* ANDERSON, TRUSTEE IN BANKRUPTCY. C. A. 5th Cir. The Solicitor General is invited to file a brief expressing the views of the United States in each of these cases.